eral. The contention made by appellant we do not think is sound.

 The testimony shows appellant in possession of a turkey on November 5, 1939, during the closed season on wild turkeys; there was proof offered before the jury that this was a wild turkey, and, although contrary proof was also offered, the jury's verdict settled the fact that this was a wild turkey. There also seems to be what might be termed a confession of guilt upon the part of appellant to the witness Oscar Butts.

We find no error herein, and the judgment is affirmed.

the local option law, and assessed a penalty of two years in the county jail, from which he appeals.

The question raised in this appeal is whether or not a conviction against appellant in Cause No. 1744, dated November 30, 1938, can again be utilized in this case after having been used for the purpose of enhancing the penalty in prior cases.

Without stating the facts, which are practically the same and which raise the same questions of law, it is sufficient to say that this is the same question as was presented in several former appeals, Cothren v. State, Tex.Cr.App., 140 S.W.2d 860; Cothren v. State, Tex.Cr.App., 141 S.W. 2d 600, and in Cothren v. State, Tex.Cr. App., 143 S.W.2d 958, against this same appellant, the opinion in which has not yet been reported.

Reference is here made to said opinions, and for the reasons therein stated the judgment herein is reversed and remanded.

## COTHRAN v. STATE.

### No. 21329.

Court of Criminal Appeals of Texas.

Dec. 11, 1940.

. J. Mitch Johnson, of San Saba, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the county court of San Saba County for violation of

## Jack COTHRAN, Appellant, v. STATE, Appellee.

### No. 21330.

Court of Criminal Appeals of Texas.

Dec. 11, 1940.

J. Mitch Johnson, of San Saba, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The question presented in this appeal is exactly the same as that discussed in Tex. Cr.App., 145 S.W.2d 885, by the same appellant in an opinion of this date. For the same reasons the judgment of the trial court is reversed and the cause remanded.